SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
ANA VENTURA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STYLE MJ BOUTIQUE; FADI MAHER; and DOES 1 to 10,<br><br>        Defendants. | Case No.: 5:25-cv-01735-JGB (DTBx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: November 3, 2025<br>Time: 9:00 a.m.<br>Courtroom: 1, 2nd Floor<br><br>Honorable Judge Jesus G. Bernal |

    To Defendant FADI MAHER and the attorneys of record, if any: Please take notice that on April 22, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 255 East Temple Street, Los Angeles, California, Plaintiff ANA VENTURA will present Plaintiff's motion for default judgment against Defendant FADI MAHER. The Clerk has previously entered the default on said Defendant on October 1, 2025 (Dkt. #16).

    At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant FADI MAHER is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant FADI MAHER has not appeared in this action; and (3) Plaintiff is entitled

to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,825.00 in attorney's fees, and $618.14 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant are readily accessible to and usable by individuals with disabilities at the property located at or about 1225 W. 2nd St., San Bernardino, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant FADI MAHER on October 6, 2025, by first class United States Mail, postage prepaid.

Dated: October 6, 2025            **SO. CAL. EQUAL ACCESS GROUP**

By:    /s/ Jason J. Kim
       Jason J. Kim, Esq.
       Attorneys for Plaintiff